IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luis Alejandro Tixi Tocachi, ) | Case No. : **1:26-cv-1139** |
| ) | |
| Petitioner, ) | |
| ) | **APPLICATION FOR ISSUANCE** |
| v. ) | **OF ORDER TO SHOW CAUSE** |
| ) | |
| ) | |
| TODD LYONS, field office director for U.S. ) | |
| Immigration and Customs Enforcement (ICE) ) | |
| in New York, Kristi Noem, Secretary of the ) | |
| Department of Homeland Security; ) | |
| Pamela Bondi, Attorney General, ) | Agency No.: A-220-377-975 |
| ) | |
| ) | |
| ) | |
| in their official capacities, ) | |
| ) | |
| Respondents. ) | |
| ) | |

1.      Pursuant to 28 U.S.C. § 2243, Petitioner respectfully requests that this Court "forthwith" issue an order directing Respondents to show cause why the petition for a writ of habeas corpus filed by Petitioner pursuant to 28 U.S.C. § 2241 should not be granted.

2.      Petitioner challenges his detention, as is violates section 8 U.S.C. § 1231, as well as the Due Process Clause of the Fifth Amendment; *See* Petition for Writ of Habeas Corpus.

3.      The federal habeas corpus statute provides that "[a] court, justice or judge entering a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

1

4.    Section 2243 further provides that the writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."

5.    Section 2243 further provides that the court shall hold a hearing on the writ or order to show cause "not more than five days after the return unless for good cause additional time is allowed."

6.    In addition, Section 2243 states that the court "shall summarily hear and determine the facts, and dispose of the matter as law and justice require."

7.    Pursuant to Section 2243, Petitioner requests that the Court immediately issue an Order to Show Cause directing Respondents to file a return within three days of the Court's order, showing cause, if any, why the writ of habeas corpus should not be granted, and to provide Petitioner an opportunity to file a reply within # days after Respondents file the return.

8.    Giving Respondents additional time to respond is inappropriate in this case, because Petitioner faces irreparable physical and emotional harm in detention, due to the deprivation of his physical and emotional liberty, being separated from his family, attorneys, and community connections. In addition, his detention will most likely lead to Respondents transferring the Petitioner, Mr. Luis Alejandro Tixi Tocachi, outside this judicial district and outside the United States, which would further, isolate him from his family, attorneys and community ties, as they will not be able to visit and support him legally and emotionally from afar.

9.    Mr. Luis Alejandro Tixi Tocachi, has a substantial interest in actively participating in the preparation and litigation of his habeas petition. That ability would be materially impaired if he were transferred outside this Court's jurisdiction. The Court should therefore prohibit any transfer pending resolution of this matter.

/s/ Avi Silberberg, Esq.
*Counsel for Petitioner*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Luis Alejandro Tixi Tocachi, | ) | |
| | ) | Case No. : **1:26-cv-1139** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| | ) | |
| TODD LYONS, field office director for U.S. | ) | |
| Immigration and Customs Enforcement (ICE) | ) | |
| in New York, Kristi Noem, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| Pamela Bondi, Attorney General, | ) | Agency No.: A-220-377-975 |
| | ) | |
| | ) | |
| | ) | |
| in their official capacities, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause

pursuant to 28 U.S.C. § 2243 and Petitioner's Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED that:

1.    Respondent shall file a return on the Order to Show Cause why the Petition for

Writ of Habeas Corpus should not be granted by [Date];

2.    Petitioner shall have an opportunity to file a reply by [Date];

3.    This matter shall be heard by this Court on [Date] at [Time].

3

4.      Service of this Order shall be made by Petitioner on the United States Attorney for the Eastern District of New York, by [Time] on [Date] and shall constitute good and sufficient service.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE