# EXHIBIT A

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| MSC2290567230 | | I360 - PETITION FOR AMERASIAN, WIDOWER, OR SPECIAL IMMIGRANT |

| Received Date | Priority Date | Petitioner A201 917 076 |
|---|---|---|
| 06/17/2022 | 06/17/2022 | TIXI TOCACHI, LUIS ALEJANDRO |

| Notice Date | Page | Beneficiary A201 917 076 |
|---|---|---|
| 04/21/2023 | 1 of 1 | TIXI TOCACHI, LUIS ALEJANDRO |

KERBEN LAW FIRM PC
c/o REUBEN S KERBEN
80-02 KEW GARDENS ROAD STE 307
KEW GARDENS NY 11415

Notice Type: Approval Notice
Class: SL6
Section: Special Immigrant-Juvenile

Amended I-797 Approval Notice for **Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant,** with Deferred Action.

USCIS previously approved your Form I-360. This Amended Approval Notice adds a grant of deferred action to the previous approval.

**Grant of Deferred Action:**

The above referenced Form I-360, filed by you, was approved on 02/08/2023. This notice is supplemental to the approval notice previously sent to you. USCIS approved your Form I-360, but you do not yet have an available visa to file an application for adjustment of status. USCIS has determined that you warrant a favorable exercise of discretion to receive deferred action. As a result, you have been placed in deferred action and you may be issued an employment authorization document. Deferred action is an act of administrative convenience to the government which gives some individuals lower priority for removal from the United States for a specific period of time. Your grant of deferred action will remain in effect for a period of four years from the date of this notice, unless terminated earlier by USCIS.

Pursuant to 8 CFR Sec. 274a.12(c)(14), a noncitizen with approved deferred action is eligible to apply for employment authorization with the appropriate fee. If you would like to apply for employment authorization, you must properly file Form I-765, Application for Employment Authorization and enter eligibility category (c)(14). If you file Form I-765, you will receive separate correspondence regarding the adjudication of your Form I-765.

If you are represented by an attorney, all further correspondence should be accompanied by Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative.

USCIS will notify you separately about any other cases you have filed.

This form is not a visa, nor may you use it in place of a visa.

This form does not constitute employment authorization, nor may you use it in place of an Employment Authorization Document.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]