# EXHIBIT B

# IMPORTANT INFORMATION—SAVE THIS NOTICE

Use this tear-off portion to speed your application for an extension or replacement card.

A# 201-917-076

TIXI TOCACHI, LUIS ALEJANDRO
KERBEN LAW FIRM PC
8002 KEW GARDENS RD. STE. 307
KEW GARDENS, NY 11415-0000

Scan QR for more information on your card, rights, and benefits.





RECEIPT # IOE0924072532



* I O E 0 9 2 4 0 7 2 5 3 2 *

CARD # 1A102348290321



* 1 A 1 0 2 3 4 8 2 9 0 3 2 1 *

## Help USCIS Serve You Better

We recommend that you keep this notice for your records. It has important information.

The tear-off portion of this notice can help speed your application for an extension or replacement card. When you file for another card, we recommend you attach the tear-off portion to your completed application.

*Luis Alejandro Tixi Tocachi*